**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-2238**

---

TERRY R. CHAPMAN,

> Plaintiff - Appellant,

> v.

NISSAN CORPORATION,

> Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Lydia Kay Griggsby, District Judge.  (1:21-cv-01903-LKG)

---

Submitted:  April 20, 2023                                   Decided:  April 24, 2023

---

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Terry R. Chapman, Appellant Pro Se.  Steven Richard Freeman, FREEMAN ASSOCIATES, LLC, Towson, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry R. Chapman appeals the district court's order dismissing his civil complaint without prejudice for failure to prosecute, and a subsequent order denying Chapman's postjudgment motion to reconsider that ruling. We have reviewed the record and find no abuse of discretion in the district court's conclusion, reached in its initial dispositive order and reaffirmed in conjunction with the postjudgment motion, that Chapman failed to prosecute his case. *See Attkisson v. Holder*, 925 F.3d 606, 625 (4th Cir. 2019) (stating standard of review and providing standard for dismissal pursuant to Fed. R. Civ. P. 41(b)); *Ballard v. Carlson*, 882 F.2d 93, 95-96 (4th Cir. 1989) (observing that plaintiff's failure to heed explicit warning of the consequences of failing to respond is an important consideration in determining whether district court abused its discretion). Accordingly, we affirm the district court's orders. *Chapman v. Nissan Corp.*, No. 1:21-cv-01903-LKG (D. Md. Sept. 6, 2022; Nov. 2, 2022). We deny Chapman's motion to amend the caption in this case or remand. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*